UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT NORMATOV, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> LADEON FRANCIS, Acting Field ) <br> Office Director of New York, ) <br> Immigration Customs and Enforcement; ) <br> TODD LYONS, Acting Director, U.S. ) <br> Immigrations and Customs Enforcement; ) <br> PAMELA BONDI, U.S. Attorney General; ) <br> and KRISTI NOEM, U.S. Secretary of ) <br> Homeland Security ) <br> ) <br> Respondents(s). ) <br> ) | Case No. 1:26-cv-132 |

## MOTION FOR TEMPORARY RESTRAINING ORDER
## PURSUANT TO FRCP 65(b)

Petitioner by and through counsel, moves this court for a Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65(b) enjoining Respondents from transferring Petitioner out of the immediate district, and for reasons therefore, states as follows:

1. Petitioner filed the immediate Writ of Habeas Corpus on January 7, 2026, alleging a violation of Petitioner's 5th Amendment right to Due Process.

2. Petitioner's counsel has not yet been able to effect service of the Summons and Complaint in this matter.

3. A Temporary Restraining Order is appropriate in that:

    a. Petitioner is likely to succeed on the merits of their claim.

b. Unless Respondents' conduct is enjoined and Plaintiff granted his requested relief, Plaintiff will be immediately and irreparably injured by transfer out of the immediate district.

c. The public interest will be served by enjoining Respondents to follow the dictates of the 5th Amendment Due Process clause.

4. Because Petitioner's transfer could happen at any time, there is not sufficient time to effect service of this motion on Respondents or schedule a hearing.

5. The bond requirements of the FRCP 65(c) should be waived because there is no proof of likelihood of harm to Respondents and an injunctive order aids and preserves the court's jurisdiction over the subject matter. *See Doctor's Assocs., Inc. v. Stuart*, 85 F.3d 975 (2d Cir. 1996) *quoting Ferguson v. Tabah,* 288 F.2d 665, 675 (2d Cir. 1961).

6. The factual and legal bases of this request are further set forth in attached Memorandum of Law in Support of a Preliminary Injunction and Temporary Restraining Order.

7. Petitioner's request for relief pursuant to this motion is detailed in the attached Proposed Order.

WHEREFORE, Petitioner respectfully requests that this Court issue a Temporary Restraining Order enjoining the Respondents from transferring Petitioner out of this district, and for such other relief as this Court deems just and equitable.

Date: January 7, 2026                                              Respectfully submitted,
                                                                                            EDWARD J. CUCCIA, PC

                                                                                            /s/ Edward J. Cuccia
                                                                                            Edward J. Cuccia, Esq.
                                                                                            195 Centre Street, 2nd Floor
                                                                                            New York, NY 10013
                                                                                            212-966-7775
                                                                                            Edward@nycclawfirm.com