# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT NORMATOV, | ) |
|     Petitioner-Plaintiff | ) |
| v. | ) |
| LADEON FRANCIS, Acting Field Office Director of New York, Immigration Customs and Enforcement; TODD LYONS, Acting Director, U.S. Immigrations and Customs Enforcement; PAMELA BONDI, U.S. Attorney General; and KRISTI NOEM, U.S. Secretary of Homeland Security | ) Case No. 1:26-cv-132 |
|     Respondents-Defendants. | ) |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Upon consideration of Petitioner-Plaintiff's Motion for a Temporary Restraining Order, the Memorandum of Law in Support of the Motion, and Petitioner-Plaintiff's Petition for Writ of Habeas Corpus ("Petition"), and together with the exhibits annexed thereto, **IT IS HEREBY ORDERED** that:

1. Pending consideration of all claims before this Court, Respondents ARE HEREBY RESTRAINED from transferring the Petitioner from the State of New York;

2. Pending consideration, Respondents-Defendants ARE HEREBY RESTRAINED from moving Petitioner-Plaintiff unless seventy-two (72) hours written notice of any movement is provided to Petitioner-Plaintiff's counsel;

3. Pending consideration, Respondents ARE HEREBY RESTRAINED from detaining the Petitioner for the purposes of civil immigration detention;

4. Respondents are ORDERED to file a return as to why the Petition for Writ of Habeas Corpus should not be granted by January 11, 2026;

5. The merits of the Petition shall be heard by the Court on January 17, 2026;

6. It is further ORDERED that security is not required;

7. And such other and further relief as the Court may find appropriate;

8. Service of this Order shall be effected by Petitioner on the United States Attorney by electronic mail by 5:00 PM on January 8, 2026 and shall constitute good and sufficient service.

IT IS SO ORDERED:

//

DATED _____,                         _____
Hon.
United States District Judge