UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT NORMATOV,<br><br>      Petitioner(s),<br><br>v.<br><br>LADEON FRANCIS, Acting Field Office Director of New York, Immigration Customs and Enforcement; TODD LYONS, Acting Director, U.S. Immigrations and Customs Enforcement; PAMELA BONDI, U.S. Attorney General; and KRISTI NOEM, U.S. Secretary of Homeland Security<br><br>      Respondents(s). | Case No. 1:26-cv-132 |

## MOTION FOR PRELIMINARY INJUNCTION
## PURSUANT TO FRCP 65(a)

Petitioner by and through counsel, moves this court for a Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65(a) enjoining Respondents to release Petitioner prior to a decision on the merits of this Petition, and for reasons therefore, states as follows:

1. Plaintiff filed the immediate Writ of Habeas Corpus on January 7, 2026, alleging a violation of their 5th Amendment right to Due Process.

2. Plaintiff's counsel has not yet been able to effect service of the Summons and Complaint in this matter.

3. A Preliminary Injunction is appropriate in that:

    a. Plaintiff is likely to succeed on the merits of their claim.

b. Unless Respondents' conduct is enjoined and Plaintiff granted their requested relief, Plaintiff will be irreparably injured by their continued detention pursuant to their immigration proceedings.

c. The public interest will be served by enjoining Respondents to follow the dictates of the 5th Amendment Due Process clause.

4. The bond requirements of the FRCP 65(c) should be waived because there is no proof of likelihood of harm to Respondents and an injunctive order aids and preserves the court's jurisdiction over the subject matter. *See Doctor's Assocs., Inc. v. Stuart*, 85 F.3d 975 (2d Cir. 1996) *quoting Ferguson v. Tabah,* 288 F.2d 665, 675 (2d Cir. 1961).

5. The factual and legal bases of this request are further set forth in attached Memorandum of Law in Support of a Preliminary Injunction and Temporary Restraining Order.

6. Petitioner's request for relief pursuant to this motion is detailed in the attached Proposed Order.

WHEREFORE, Plaintiff respectfully requests that this Court issue a Preliminary Injunction enjoining the Respondents to release Petitioner prior to a decision on the merits of this Petition, and for such other relief as this Court deems just and equitable.

Date: January 7, 2026

Respectfully submitted,
EDWARD J. CUCCIA, PC

\_\_\_\_/s/ Edward J. Cuccia\_\_\_\_
Edward J. Cuccia, Esq.
195 Centre Street, 2nd Floor
New York, NY 10013
212-966-7775
Edward@nycclawfirm.com