UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT NORMATOV, ) <br> ) <br> Petitioner(s), ) <br> ) <br> v. ) <br> ) <br> LADEON FRANCIS, Acting Field ) <br> Office Director of New York, ) <br> Immigration Customs and Enforcement; ) <br> TODD LYONS, Acting Director, U.S. ) <br> Immigrations and Customs Enforcement; ) <br> PAMELA BONDI, U.S. Attorney General; ) <br> and KRISTI NOEM, U.S. Secretary of ) <br> Homeland Security ) <br> ) <br> Respondent(s). ) <br> ) | Case No. 1:26-cv-132 |

## **[PROPOSED] TEMPORARY RESTRAINING ORDER**

Upon consideration of Petitioner's Motion for a Temporary Restraining Order, the Memorandum of Law in Support of the Motion, and Petitioner-Plaintiff's Petition for Writ of Habeas Corpus ("Petition"), and together with the exhibits annexed thereto, **IT IS HEREBY ORDERED** that:

1. Pending consideration of all claims before this Court, Respondents ARE HEREBY RESTRAINED from transferring the Petitioner from the territorial jurisdiction of the ** District of New York;

2. Respondents are ORDERED to file a return as to why the Petition for Writ of Habeas Corpus should not be granted by January 11, 2026;

3. The merits of the Petition shall be heard by the Court on January 17, 2026;

4. It is further ORDERED that security is not required;

5. And such other and further relief as the Court may find appropriate;

6. Service of this Order shall be effected by Petitioner on the United States Attorney by electronic mail by 5:00 PM on January 8, 2026 and shall constitute good and sufficient service.

IT IS SO ORDERED:

//

DATED _____,                  _____
                                                                         Hon.
                                                                         United States District Judge