UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albert Normatov,<br><br>　　　　　　　　　　Petitioner,<br><br>　　-v-<br><br>Ladeon Francis, Acting Field Office Director of New York, Immigration Customs and Enforcement; Todd Lyons, Acting Director, U.S. Immigrations and Customs Enforcement; Pamela Bondi, U.S. Attorney General; and Kristi Noem, U.S. Secretary of Homeland Security,<br><br>　　　　　　　　　　Respondents. | 1:26-cv-95<br>(NJC) |

## ORDER

TO: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, 110 Wells Farm Rd, Goshen, NY 10924; and THE UNITED STATES MARSHAL, Eastern District of New York, United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722

NUSRAT J. CHOUDHURY, United States District Judge:

　　The United States District Court for the Eastern District of New York commands U.S. Immigration and Customs Enforcement to have **petitioner Albert Normatov, A#071197304,** who is presently detained in the Orange County Jail, 110 Wells Farm Rd, Goshen, NY 10924, to be brought under safe and secure custody to Courtroom 1040, before the Honorable Nusrat J. Choudhury, United States District Judge, at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on **Tuesday, January 20, 2026 at 2:00 PM**.

It is further ordered that U.S. Immigration and Customs Enforcement and/or its designee shall maintain custody of **Albert Normatov** throughout the entire hearing. While in the U.S. Courthouse for the Eastern District of New York, **Mr. Normatov** shall be placed under safe and secure conditions deemed appropriate by the United States Marshal Service.

Thereafter, following the hearing, if the Court orders **Mr. Normatov** to remain in detention, U.S. Immigration and Customs Enforcement shall return **Mr. Normatov** under safe and secure custody to the Orange County Jail. Alternatively, if the Court grants the petition and orders **Mr. Normatov** released from detention, U.S. Immigration and Customs Enforcement shall immediately process **Mr. Normatov** for release from Court, in consultation with the United States Marshal, in accordance with any orders of the Court that may issue at that time. It is further ordered that U.S. Immigration and Customs Enforcement and the United States Marshal Service shall each bear their respective costs of implementing the terms of this order.

Dated: Central Islip, New York
January 12, 2026

                                               */s/ Nusrat J. Choudhury*
                                               NUSRAT J. CHOUDHURY
                                               United States District Judge