# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albert Normatov,<br><br>Petitioner,<br><br>-v-<br><br>Ladeon Francis, Acting Field Office Director of New York, Immigration Customs and Enforcement; Todd Lyons, Acting Director, U.S. Immigrations and Customs Enforcement; Pamela Bondi, U.S. Attorney General; and Kristi Noem, U.S. Secretary of Homeland Security,<br><br>Respondents. | 1:26-cv-95<br>(NJC) |

# **AMENDED ORDER TO PRODUCE**[1]

TO: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, 110 Wells Farm Rd, Goshen, NY 10924

NUSRAT J. CHOUDHURY, United States District Judge:

     The United States District Court for the Eastern District of New York commands U.S. Immigration and Customs Enforcement to have **petitioner Albert Normatov, A#071197304,** who is presently detained in the Orange County Jail, 110 Wells Farm Rd, Goshen, NY 10924, to be brought under safe and secure custody to Courtroom 1040, before the Honorable Nusrat J. Choudhury, United States District Judge, at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on **Tuesday, January 20, 2026 at 2:00 PM**.

---

[1] This Amended Order to produce supersedes the Order to Produce located at ECF No. 20.

It is further ordered that U.S. Immigration and Customs Enforcement and/or its designee shall maintain custody of **Albert Normatov** throughout the entire hearing.

Following the hearing, if the Court orders **Mr. Normatov** to remain in detention, U.S. Immigration and Customs Enforcement shall return **Mr. Normatov** under safe and secure custody to the Orange County Jail. Alternatively, if the Court grants the petition and orders **Mr. Normatov** released from detention, U.S. Immigration and Customs Enforcement shall immediately process **Mr. Normatov** for release from the Court in accordance with any orders of the Court that may issue at that time. It is further ordered that U.S. Immigration and Customs Enforcement shall bear the costs of implementing the terms of this order.

Dated: Central Islip, New York
January 13, 2026

*/s/ Nusrat J. Choudhury*
NUSRAT J. CHOUDHURY
United States District Judge